IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TILLMAN NORTH, AIS #252941, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:10cv164-WHA |
| | ) | |
| ELMORE CORRECTIONAL FACILITY | ) | (WO) |
| K-9 UNIT, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Defendant, Elmore Correctional Facility K-9

Unit, and against the Plaintiff, Tillman North, and this case is DISMISSED with prejudice.

DONE this 24th day March, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE